**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Sherman Jilton

                Plaintiff,

v.                                                                                      Case No.: 1:07−cv−03662

                                                                                            Honorable Milton I. Shadur

Cook County Department Of Corrections, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 6, 2007:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Motion for leave to proceed in forma pauperis[3] ifp granted. Accordingly the County Jail's trust fund officer is ordered to collect $1.99 from Jilton's trust fund and forward it to the clerk. Monthly payments are to be collected until the full filing fee is paid. Both the Complaint and this action are dismissed, and such dismissal gives rise to a "strike" for purposes of Section 1915(g) Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.