

September 16, 2007

Sherman Jilton          Plaintiff                           Case No:
v.                                                          07C 3662
Cook County Department   Defendant                          Honorable
of Corrections, et al.                                      Milton I. Shadur

**FILED**
SEP 20 2007 aew
Sep 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,

On July 17, 2007 I received a notification of Docket Entry that was done by your office on July 6, 2007. At this time I am asking for a status of my case. Since I have not received a memorandum order of Dismissal I am left in a state of confusion. If my case had been dismissed I would like the chance to amend my petition. Thank you for your time and consideration on this matter.

Respectfully
Sherman Jilton
Sherman Jilton
P.O. Box 089002
Chicago, IL 60608
20060000242