

**FILED**

FEB 27 2008    FEB 27 2008    2-21-08

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk,    07C3662

Your office sent a memorandum-order to the Cook County Department of Corrections. This order clearly authorizes the trust fund office to collect 1.88 from my account when it exceeds 10.00 dollar.

However, on 01/09/2008 I received a 50.00 dollar money order. The trust fund office deducted 11.52 from my account. I did not authorize no extra money to be taken and when I asked for an accounting they had no answer. There is confusion on there part — could you sent them an easy to understand letter of the amount to be taken.

Also, if you would send me a copy of said letter it would be appreciated. Thank you for your time on this matter.

Respectfully,
Sherman Jitton

Shermon Jiton
2006 0000 242
P.O. Box 089002
Chicago, IL 60608

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHERMAN JILTON,                )
                               )
            Plaintiff,         )
                               )
     v.                        )   No. 07 C 3662
                               )
COOK COUNTY DEPARTMENT OF      )
CORRECTIONS, et al.,           )
                               )
            Defendants.        )

MEMORANDUM ORDER

Sherman Jilton ("Jilton") has just filed a 42 U.S.C. §1983 Complaint in which he names as defendants the Cook County Department of Corrections ("County Jail"), its Director Salvador Godinez and Cook County Sheriff Tom Dart. Both the Complaint and Jilton's accompanying In Forma Pauperis Application ("Application") use the forms provided by this District Court's Clerk's Office for that purpose.

First this Court addresses the Application, which is accompanied by a printout reflecting the transactions in Jilton's trust fund account as called for by 28 U.S.C. §1915.[1] That printout reflects average monthly deposits of $9.38 to the account during the most recent six-month period that it covers. On that basis Jilton's required initial payment on account of the $350 filing fee comes to $1.88 (see Section 1915(b)(1)), and under the formula prescribed by Congress in that same section

---

[1] All further references to Title 28's provisions will simply take the form "Section--."

Jilton is liable for the entire $350 filing fee, to be paid in installments beginning with that initial amount. Accordingly County Jail's trust fund officer is ordered to collect $1.88 from Jilton's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

> Office of the Clerk
> United States District Court
> 219 South Dearborn Street
> Chicago IL 60604
>
> Attention: Fiscal Department

After such payment the trust fund officer at County Jail (or at any other correctional facility where Jilton may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Jilton's name and the 07 C 3662 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the County Jail trust fund officer.

To turn now to this Court's screening task under Section 1915A(a), Jilton has clearly failed to state a claim upon which relief may be granted. What Complaint ¶V sets out are two grievances:

2



**TRANSACTION DETAIL**

| | |
|---|---|
| Inmate Name: | JILTON, SHERMAN |
| Inmate Number: | 20060000242 |
| Inmate DOB: | 4/26/1969 |
| Transaction ID: | 3717069 |
| Transaction Date: | 1/15/2008 9:23:31 AM |
| Transaction Desc: | RELEASE FUNDS |
| Transaction Amount: | $11.52 (CASH #07C3662 - ) |
| Amt Subtracted From Bal: | $11.52 |
| Transaction Notes: | 07C3662 - CK# 157793 |

© 2004 ARAMARK Corporation. All Rights Reserved



**TRANSACTION REPORT**
Print Date: 01/23/2008

Inmate Name:     JILTON, SHERMAN          Balance:     $4.38
Inmate Number:   20060000242
Inmate DOB:      4/26/1969

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 01/16/2008 | ORDER DEBIT | -32.32 | 4.38 |
| 01/15/2008 | RELEASE FUNDS | -11.52 | 36.70 |
| 01/10/2008 | ORDER DEBIT | -1.80 | 48.22 |
| 01/09/2008 | CREDIT | 50.00 | 50.02 |
| 11/19/2007 | ORDER DEBIT | -1.80 | 0.02 |
| 11/08/2007 | ORDER DEBIT | -28.20 | 1.82 |
| 11/02/2007 | CREDIT | 30.00 | 30.02 |
| 10/04/2007 | ORDER DEBIT | -0.48 | 0.02 |
| 09/27/2007 | ORDER DEBIT | -6.30 | 0.50 |
| 09/21/2007 | ORDER DEBIT | -23.40 | 6.80 |
| 09/14/2007 | CREDIT | 30.00 | 30.20 |
| 08/16/2007 | ORDER DEBIT | -2.00 | 0.20 |
| 08/09/2007 | ORDER DEBIT | -18.01 | 2.20 |
| 08/06/2007 | CREDIT | 20.00 | 20.21 |
| 07/20/2007 | ORDER DEBIT | -19.97 | 0.21 |
| 07/06/2007 | CREDIT | 20.00 | 20.18 |
| 07/05/2007 | ORDER DEBIT | -24.89 | 0.18 |
| 07/03/2007 | CREDIT | 25.00 | 25.07 |
| 06/22/2007 | ORDER DEBIT | -0.15 | 0.07 |
| 06/08/2007 | ORDER DEBIT | -2.32 | 0.22 |
| 06/01/2007 | ORDER DEBIT | -22.40 | 2.54 |
| 05/24/2007 | ORDER DEBIT | -23.99 | 24.94 |
| 05/23/2007 | CREDIT | 40.00 | 48.93 |
| 05/20/2007 | RETURN CREDIT | 1.25 | 8.93 |
| 05/18/2007 | ORDER DEBIT | -17.32 | 7.68 |
| 05/17/2007 | CREDIT | 25.00 | 25.00 |
| 05/11/2007 | ORDER DEBIT | -0.03 | 0.00 |
| 01/05/2007 | ORDER DEBIT | -4.94 | 0.03 |
| 12/29/2006 | ORDER DEBIT | -25.11 | 4.97 |
| 12/15/2006 | CREDIT | 30.00 | 30.08 |
| 11/10/2006 | ORDER DEBIT | -0.87 | 0.08 |
| 11/02/2006 | ORDER DEBIT | -0.09 | 0.95 |
| 10/27/2006 | ORDER DEBIT | -9.88 | 1.04 |
| 10/19/2006 | ORDER DEBIT | -19.13 | 10.92 |
| 10/13/2006 | CREDIT | 30.00 | 30.05 |
| 09/15/2006 | ORDER DEBIT | -0.34 | 0.05 |
| 08/12/2006 | RETURN CREDIT | 0.34 | 0.39 |

| Date | Type | Amount | Balance |
|---|---|---:|---:|
| 08/04/2006 | ORDER DEBIT | -13.36 | 0.05 |
| 07/19/2006 | ORDER DEBIT | -26.62 | 13.41 |
| 07/17/2006 | CREDIT | 40.00 | 40.03 |
| 06/14/2006 | ORDER DEBIT | -15.92 | 0.03 |
| 06/07/2006 | ORDER DEBIT | -16.37 | 15.95 |
| 05/31/2006 | ORDER DEBIT | -27.69 | 32.32 |
| 05/30/2006 | CREDIT | 20.00 | 60.01 |
| 05/24/2006 | ORDER DEBIT | -20.19 | 40.01 |
| 05/24/2006 | CREDIT | 60.00 | 60.20 |
| 05/22/2006 | RETURN CREDIT | 0.20 | 0.20 |
| 05/17/2006 | ORDER DEBIT | -0.20 | 0.00 |
| 04/24/2006 | RETURN CREDIT | 0.18 | 0.20 |
| 04/19/2006 | ORDER DEBIT | -0.18 | 0.02 |
| 04/12/2006 | ORDER DEBIT | -0.22 | 0.20 |
| 04/05/2006 | ORDER DEBIT | -14.36 | 0.42 |
| 04/01/2006 | RETURN CREDIT | 11.28 | 14.78 |
| 03/29/2006 | ORDER DEBIT | -11.28 | 3.50 |
| 03/22/2006 | ORDER DEBIT | -11.98 | 14.78 |
| 03/15/2006 | ORDER DEBIT | -33.24 | 26.76 |
| 03/13/2006 | CREDIT | 30.00 | 60.00 |
| 03/10/2006 | CREDIT | 30.00 | 30.00 |
| 03/02/2006 | ORDER DEBIT | -0.66 | 0.00 |
| 02/24/2006 | ORDER DEBIT | -11.26 | 0.66 |
| 02/09/2006 | ORDER DEBIT | -21.53 | 11.92 |
| 02/01/2006 | ORDER DEBIT | -7.93 | 33.45 |
| 01/30/2006 | CREDIT | 40.00 | 41.38 |
| 01/25/2006 | ORDER DEBIT | -38.70 | 1.38 |
| 01/23/2006 | CREDIT | 40.00 | 40.08 |
| 01/11/2006 | ORDER DEBIT | -2.72 | 0.08 |
| 01/03/2006 | CREDIT | 2.80 | 2.80 |

© 2004 ARAMARK Corporation. All Rights Reserved

```
DISBURSEMENT RECEIPT

    Stamp: 01/15/2008 09:23
    TranID: 3717069
Component: COOK COUNTY JAIL
      Name: JILTON, SHERMAN
    Number: 20060000242
       DIV: 01
     BL/BU: H
       T/D: 01
       C/B: 05
   Check #: 07C3662
     Media: CASH
    Amount: $      11.52
   Balance: $      36.70
      Owed: $       0.00
   Check #: 07C3662 - CK# 1

X_____
Authorized

X_____
```